IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** : | Criminal No: |
| : | |
| : | Grand Jury Original |
| v.  : | |
| : | <u>Violation</u>: |
| : | |
| **HELENA BRAGG,** : | |
| : | 18 U.S.C. §2113(a) |
| Defendant.  : | (Bank Robbery) |
| : | |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about April 17, 2007, within the District of Columbia, the defendant, **HELENA BRAGG**, by intimidation did take from the person or presence of another money, namely approximately $2,200, belonging to, and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia