IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-302 (HHK) |
| v. | : | |
| HELENA BRAGG | : | Arraignment Date: March 19, 2008 |
| Defendant. | : | |

### NOTICE REGARDING DEFENDANT ARRAIGNMENT STATUS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully notifies the Court of the following:

1. The Court had previously issued a writ in early February to bring the defendant from Prince William County for a court date of March 19, 2008.

2. Previous writs had been discharged without the defendant being brought to this jurisdiction, in part because the defendant had a probation matter in Prince William County.

3. The Assistant United States Attorney assigned to this case was in communication with prosecutors in Prince William County, who informed the AUSA that as of March 4, 2008, they had successfully petitioned the court handling the probation matter to agree to her release to U.S. Marshals for this case.

4. Late in the week of March 10, 2008, the AUSA was informed by a Deputy U.S. Marshal that the Prince William facility would not release the defendant. The AUSA sought clarification from the prosecutors in Prince William County, who replied that it was not clear why the defendant was still being held for a court date of March 20, 2008.

5. The AUSA assigned to this case has been in trial since March 10, 2008 and has not had time to figure out the basis for Prince William County maintaining its possession of the defendant. The government requests an additional 45 days to writ in the defendant.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:     /s/
Jeff Pearlman
DC Bar 466901
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2385
jeffrey.pearlman@usdoj.gov