**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-302 (HHK)** |
| | : | |
| v. | : | |
| | : | |
| **HELENA BRAGG,** | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Bridgette Crafton, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar. No. 498610

_____
BRIDGETTE CRAFTON
Assistant United States Attorney
Federal Major Crimes, Bar No. NJ 018051996
555 4th Street, NW, Room 4231
Washington, DC 20530
202-353-2385
Bridgette.Crafton@usdoj.gov