UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 07-302 (HHK) |
| v. : | |
| HELENA BRAGG : | |
| Defendant. : | |

## STATEMENT OF FACTS

The parties in this case, the United States of America, and the defendant, Helena Bragg, stipulate and agree that the following facts are true. This statement of facts does not include all of the facts known to the parties in this case. The statement sets forth facts sufficient to prove that the defendant committed the offense to which she is pleading guilty, as well as certain facts that are relevant to sentencing in this matter.

On April 17, 2007, at approximately 9:20 a.m., the defendant, Helena Bragg, entered the PNC Bank, branch located at 650 Pennsylvania, Avenue, S.E. in Washington, DC. The PNC Bank was insured by the Federal Deposit Insurance Corporation at the time of this offense.

The defendant walked up to the teller counter and passed the teller a piece of paper through the protective glass. ~~[redacted]~~ Written on the paper was "Money Only." The teller was confused by the note and asked the defendant, "what is this?" The defendant replied "don't play with me" which she repeated several times. The defendant became loud and agitated. The teller believed that the defendant may have had a weapon.[1]

---

[1]. The defendant did not brandish nor refer to having a weapon

The teller was intimidated by the defendant's actions thus she gave the defendant a stack of twenty dollar bills. The defendant then turned and exited the bank through the front doors. The teller activated the silent alarm. The amount taken was $2,200. The defendant was subsequently identified by law enforcement officials in Arlington Virginia after they reviewed PNC Bank's surveillance cameras and recognized the defendant. The officers recognized the defendant because of her prior criminal conduct and arrests in their jurisdiction.

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense with my attorney, Tony Miles, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 9-4-08

Helena Bragg

Date: 9/4/08

Tony Miles, Esq.
Attorney for Helena Bragg

9